NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WIRTGEN AMERICA, INC.,**
*Appellant*

**v.**

**CATERPILLAR INC.,**
*Appellee*

_____

2024-1618, 2024-1619
_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01264, IPR2022-01277.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    WIRTGEN AMERICA, INC. v. CATERPILLAR INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

October 29, 2024                              Jarrett B. Perlow
Date                                          Clerk of Court

**ISSUED AS A MANDATE:** October 29, 2024